IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYLE OWERKO,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT GLASPER, *et al*.<br><br>*Defendants*. | Civil Case No. 1:25-cv-3414 (AS) |

### [PROPOSED] ORDER

**UPON CONSIDERATION** of Plaintiff Pablo Lyle Owerko's Motion to Substitute The Bensusan Restaurant Corp. d/b/a Blue Note Jazz Festival to Blue Note Festivals LLC and any opposition thereto, it is this  22  day of      May      , 2025, hereby:

**ORDERED**, that Plaintiff's Motion to Substitute is **GRANTED** and that:

1.      The Court will deem Blue Note Festivals LLC as substituted for Bensusan Restaurant Corp.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 16.

**SO ORDERED.**

_____
Hon. Arun Subramanian, U.S.D.J.